# William K Li Law PLLC

535 Fifth Avenue, 4th Floor, New York, New York 10017
(212) 380-8198    wli@wlilaw.com

April 9, 2025

**BY ECF**
USDJ Loretta A. Preska
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **LaQuan Martinez v. Equinox Holding, Inc. 24-cv-5356(LAP)(RFT)**

Dear Judge Preska,

This firm represents Plaintiff LaQuan Martinez ("Plaintiff") in the above-referenced matter. We write to respectfully request an adjournment of the Initial Conference currently scheduled for April 15, 2025 at 10:30am. This request is necessitated as a result of the undersigned having previously been scheduled to conduct a deposition in the matter of *Wang v. NYC Dept. of Youth and Community Development et al.*, 21-cv-6271(LGS)(VF) (S.D.N.Y.) in the same morning.

Defendant consents to this request. Counsel for the parties have conferred and the parties are available to attend the Initial Conference on April 16, 21, 22, 23 or 24, 2025. This is Plaintiff's first request for adjournment of the Initial Conference.

Finally, Plaintiff respectfully requests the Court to conduct the Initial Conference either virtually or telephonically. Defendant does not oppose this request.

We thank the Court for its continued time and attention to this matter.

Respectfully Submitted,

*/s/ William Li*

William Li

cc: Defendant's Counsel (Via ECF)

```
The initial conference is adjourned to
April 16, 2025 at 10:30 a.m. and will
be held virtually.  SO ORDERED.
```

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

April 10, 2025
New York, New York