UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
LAQUAN MARTINEZ

                        Plaintiff,

        -against-

EQUINOX HOLDINGS, INC.

                        Defendant.
```

24-CV-5356 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

On August 27, 2025, this Court granted Plaintiff's prior counsel, Mr. William K. Li, permission to withdraw on the basis that Plaintiff sought to replace Mr. Li with new counsel. Accordingly, the Court ordered Plaintiff's new counsel to appear by October 26, 2025. (Dkt. 25.) No new counsel has since appeared.

It is therefore ORDERED that the parties shall appear for a conference in Courtroom 12A at 500 Pearl Street on Thursday, January 29, at 11:00 AM. At the conference, Plaintiff shall advise the Court whether he intends to dismiss this action, proceed pro se, or retain new counsel. To the extent Plaintiff seeks to retain new counsel, he should be prepared to articulate why he did not comply with the Court's October 26, 2025 deadline.

It is further ORDERED that Mr. Li shall promptly serve a copy of this Order on Plaintiff and submit a corresponding affidavit of service via ECF or by email to this Court. In the same affidavit,

2

Mr. Li shall also state whether and when he served Plaintiff with a copy of the Court's prior August 27, 2025 Order.

Failure by Plaintiff to attend (or be excused from attending) the January 29 conference might result in dismissal of the action.

**SO ORDERED.**

Dated:    New York, New York
          January 9, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge

2